■■■ In the Matter of HAPPY C. McCLURG, as Executrix of MARK R. McCLURG, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 95304.) [671 NYS2d 366] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Midey, Jr., J. (Appeal from Order of Court of Claims, Midey, Jr., J.—Dismiss Claim.) Present—Pine, J. P., Hayes, Wisner and Boehm, JJ.